PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

United States Courts
Southern District of Texas
FILED

MAR 06 2023

Nathan Ochsner, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE <u>SOUTHERN</u> DISTRICT OF TEXAS
### <u>HOUSTON</u> DIVISION

<u>Charlie M. Cunningham   01293665</u>
Plaintiff's Name and ID Number

<u>Wallace Pack I Unit, Navasota, Texas</u>
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

<u>CHI St. Joseph Health College Station Hospital</u>
Defendant's Name and Address 1604 Rock Quarry Rd., College Station Texas 77845

<u>U.S. Acute Care Solutions, 4535 Dressler Rd. N.W.</u>
Defendant's Name and Address Canton, OH 44718

<u>I.C. System, INC, P.O. Box 64378, St. Paul</u>
Defendant's Name and Address MN 55164
( DO NOT USE "ET AL.")

Kolton Stoker Sr. Practice Mgr. UTMB
Defendant, Wallace Pack I Unit
2400 Wallace Pack Rd., Navasota,
Texas 77868

Katherine Werner, RN Nurse Mgr. UTMB
Defendant, Wallace Pack I Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES  X  NO

    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _____ N/A _____

        2. Parties to previous lawsuit:
        Plaintiff(s) _____ N/A _____
        Defendant(s) _____ N/A _____

        3. Court: (If federal, name the district; if state, name the county.) _____ N/A _____

        4. Cause number: _____ N/A _____

        5. Name of judge to whom case was assigned: _____ N/A _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____ N/A _____

        7. Approximate date of disposition: _____ N/A _____

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Wallace Pack I Unit, Navasota, Texas

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    X YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Charlie M. Cunningham, #01293665, Wallace Pack I Unit, 2400 Wallace Pack Rd., Navasota, Texas 77868-4567

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: CHI St. Joseph Health College Station Hospital, 1604 Rock Quarry Rd., College Station, Texas 77845

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant has erroneously billed me for $985.00 for a Hospital stay, I am a Ward of The State of Texas and they have turned said unpaid bill over to Collection Agencys.

Defendant #2: U.S. Acute Care Solutions, 4535 Dressler Rd. N.W., Canton, OH 44718

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant has erroneously billed me for $985.00 for a hospital stay, I am a Ward of The State Of Texas and they have turned this past due bill over to a Collection Agt.

Defendant #3: I.C. system INC, P.O. Box 64376, St. Paul MN 55164

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

They are trying to collect the past due amount of $985.00 from me and threating to turn the debt into the Credit Reporting Agency's, thus damaging my Credit.

Defendant #4: Kolton Stoker, Sr Practice Mgr. UTMB, Wallace Pack I Unit, 2400 Wallace Pack Rd., Navasota, Texas 77868-4567

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Failed to Notify Defendant #1,#2 and #3 that they were billing the wrong responsible Party. I am a Ward of The State Of Texas.

Defendant #5: Katherine Werner, RN Nurse Mgr. UTMB, Wallace Pack I Unit, 2400 Wallace Pack Rd., Navasota, Texas 77868-4567

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Failed to Notify Defendant #1,#2,#3, that they are billing the wrong responsible party. I am a Ward of The State of Texas.

Rev. 05/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 6/7/22 in the U.S. Mail I received a bill from US Acute Care Solutions for my Hospital Admittance to CHI St. Joseph College Station Hospital. On 6/8/22, I sent a letter to US Acute Care Solutions Notifying them that they were erroneously billing me, as I am a Ward of The State Of Texas, See: Exhibit A. On 6/22/22, I sent an I-60 Titled Informal Resolution to K. Stoker Sr Practice Mgr. requesting to whom to send the bill his response was: Send the bill to the Clinic, See: Exhibit B. On 7/29/22, I filed a Step 1 Greivance on the matter, See: Exhibit 1. On 8/12/22 I filed a Step 2 Grievance on the matter, See: Exhibit 2. On 7/22/22, I once again received a bill from US Acute Care Solutions for my Hospital Admittance to CHI St. Joseph College Station

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Issue a Cease and Desist Order on attempts to Collect the Debt to Defendants #1,#2, #3., Order Defendants No. 4,5 to implement a policy that assures no inmate incarcerated in TDCJ-Id is ever billed for Hospitalization again.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Charlie Mac Cunningham

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ-ID No.: 01293665

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES  X  NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): N/A
  2. Case number: N/A
  3. Approximate date sanctions were imposed: N/A
  4. Have the sanctions been lifted or otherwise satisfied? N/A  ___YES ___NO

Rev. 05/15

STATEMENT OF CLAIM
CONTINUED

in the amount of $985.00, this notification was to let me know the amount was now past due. I sent a letter to US Acute Care Solutions via Certified Mail again notifying them that they were erroneously billing me, See: Exhibit C. On 7/22/22, I sent an I-60 Titled Informal Resolution to K. Stoker Sr. Practice Mgr., Notifying him I was again being erroneously billed, his response was: Once again send bills to Clinic, See: Exhibit D. On 7/29/22, I sent another I-60 Titled Informal Resolution to K. Stoker Sr. Practice Mgr., with the bill attached, See: Exhibit E. On 10/24/22 I received a bill from I.C. System INC, notifying me that they are a debt collector and that my account was now past due, See: Exhibit F. On 10/24/22 via Certified/Return Receipt Mail I sent I.C. System INC, a letter of Notification Of Dispute, See: Exhibit G. On 11/12/22, I received an investigation update that informed me that they had been notifed of my letter of Dispute.

 C. Has any court ever warned or notified you that sanctions could be imposed?  ____ YES _X_ NO

 D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division): _____N/A_____
  2. Case number: _____N/A_____
  3. Approximate date warning was issued: _____N/A_____

Executed on: __3/01/2023__
     DATE

_____
(Signature of Plainti )

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __1st.__ day of __March__, 20__23__.
    (Day)     (month)    (year)

_____
(Signature of Plainti )

**WARNING: Plainti is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

CHARLIE M. CUNNINGHAM
TDCJ-#01293665
WALLACE PACK I UNIT
2400 WALLACE PACK RD.
NAVASOTA, TEXAS 77-868-4567

LEGAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
CLERK OF THE COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208-1010