United States District Court
Southern District of Texas
**ENTERED**
July 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLIE M. CUNNINGHAM, | § | |
| TDCJ # 01293665, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-23-00833 |
| | § | |
| CHI ST. JOSEPH HEALTH COLLEGE | § | |
| STATION HOSPITAL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order, this case is

**DISMISSED with prejudice**. The plaintiff shall take nothing on his claims.

This is a **FINAL JUDGMENT**.

The Clerk shall enter this Order and provide a copy to all parties of record.

SIGNED at Houston, Texas, this ___25___ day of July 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE